■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALCOLM MADISON, Appellant. [930 NYS2d 874]—

Pursuant to the Court of Appeals' recent decision in *People v Paulin* (17 NY3d 238 [2011]), defendant's reincarceration for a parole violation after his release on parole for his drug conviction does not render him ineligible for resentencing under the 2009 Drug Law Reform Act (L 2009, ch 56). Accordingly, defendant's motion for resentencing was improperly denied. Concur—Saxe, J.P., Acosta, DeGrasse, Abdus-Salaam and Manzanet-Daniels, JJ.